# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:

Herbert John Peterson
Kathy Marlene Peterson

    Debtors.

Case No. 19-30971 KAC

## ORDER GRANTING RELIEF

This case is before the court on the motion of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Mortgage Pass-Through Trust 2006-4, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the records, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

    Lot 2, Block 1, Shady Oak Grove, according to the recorded plat thereof, Dakota County, Minnesota

3. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: _____June 26, 2019_____

/e/ Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/26/2019
Lori Vosejpka, Clerk, by jhn